## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEIDRA A. BRANCH** | : CIVIL ACTION |
| | : |
| v. | : NO. 07-2742 |
| | : |
| **MICHAEL J. ASTRUE,** | : |
| **Commissioner of Social Security** | : |

## ORDER

**AND NOW**, this 24th day of November, 2008, upon consideration of the plaintiff's Request for Review (Document No. 3), the defendant's response (Document No. 10), the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Document No. 14), the lack of any objection to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Magistrate Judge's Report is **APPROVED** and his Recommendation is **ADOPTED**;

2. The plaintiff's Request for Review is **GRANTED IN PART** and **DENIED IN PART**; and

3. This case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.